# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00116-CV

**Sailaja Hathaway, Appellant**

**v.**

**Michael William Hathaway, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. FM004821, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

Appellant Sailaja Hathaway=s brief was due to be filed in this Court on April 8, 2002. On April 17, 2002, appellant=s counsel was advised in writing that the brief was overdue and that the appeal would be dismissed if appellant did not reasonably explain the failure through an appropriate motion to this Court on or before April 29, 2002. *See* Tex. R. App. P. 38.8(a)(1). Appellant has filed neither a motion nor a brief or otherwise responded to the Court=s notices.

Accordingly, this appeal is hereby dismissed for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1), 42.3(b) and (c).

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Prosecution

Filed: June 6, 2002

Do Not Publish